UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PATRICK W. TRACY, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:09-CV-533-FL
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 16, 2010, that pursuant to sentence four of 42 U.S.C. § 405(g) this matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on August 17, 2010, and Copies To:**

Lawrence Wittenberg (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


August 17, 2010                        DENNIS P. IAVARONE, CLERK
                                         /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk